**RECEIVED**

IN THE DISTRICT COURT OF THE UNITED STATES     FEB 22 2022
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION                             FLORENCE, S.C.

UNITED STATES OF AMERICA     )CRIMINAL NO: 2:22-139
                             )
              v.             )       **ORDER FOR**
                             )     **BENCH WARRANT**
FREDRICK WENDELL MCCRAY      )
     a/k/a "Dub"             )

The Clerk of Court is hereby directed to issue a warrant for
the above-named defendant, FREDRICK WENDELL MCCRAY, a/k/a "Dub",
as requested by the United States Attorney.  Amount and conditions
of bond to be set by the judicial officer before whom the defendant
initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

_____Florence_____, South Carolina


February __22__, 2022


I SO MOVE:

Corey F. Ellis
UNITED STATES ATTORNEY


By: _/s/Allessandra Stewart_____
     Allessandra Stewart (#19262)
     Assistant United States Attorney
     151 Meeting Street, Suite 200
     Charleston, South Carolina 29402
     Telephone: (843) 727-4381
     Email Address: Allessandra.stewart@usdoj.gov