UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 2:22-cr-139 |
| | ) | |
| -versus- | ) | **MOTION TO REQUIRE THE** |
| | ) | **GOVERNMENT TO REVEAL ANY** |
| FREDRICK WENDELL MCCRAY, | ) | **AGREEMENT ENTERED INTO** |
| | ) | **BETWEEN THE GOVERNMENT** |
| Defendant. | ) | **AND ANY ALLEGED CO-** |
| | ) | **CONSPIRATOR OR PROSPECTIVE** |
| | | **WITNESS** |

    The Defendant, Fredrick Wendell McCray, by and through his undersigned attorney, respectfully moves this Honorable Court for an Order requiring the Government to reveal in full any agreement or understanding, whether oral or written, entered into between the United States Attorney, the United States Department of Justice, the Federal Bureau of Investigations, the Attorney General of South Carolina, the South Carolina State Law Enforcement Division, the Solicitors for the First through Sixteenth Judicial Circuits of South Carolina, or any other federal, state or local prosecutor or law enforcement agency and any witness whom the prosecution intends or foresees calling to testify in this case.

    This Motion is based upon the following grounds:

    1.  The credibility of witnesses will be an important issue in the principal case, and the evidence of any understanding or agreement, either written or oral, will necessarily affect his or her bias, and therefore his or her credibility. The trial jury is entitled to know the scope of any agreement and the specific particulars thereof.

2. A refusal to reveal fully and accurately such agreements constitutes a violation of the Due Process Clause of the Firth and Fourteenth Amendments of the United States Constitution, and Brady v. Maryland, 373 U.S. 83 (1963). These agreements include but are not limited to:

The existence and substance, and the manner of execution or fulfillment of any promises, agreements, understandings, and arrangements, either verbal or written, between the Government(s) and any prosecution witness, or his or her attorney or representative, wherein the Government has agreed, either expressly or impliedly, as follows:

(a) Not to prosecute the witness for any crime or crimes; or

(b) Not to seek the revocation of any probation or parole; or

(c) Not to prosecute a third party for any crime or crimes; or

(d) To provide a formal grant of statutory use immunity, in accordance with Title 18, United States Code, Section 6001, et seq., or to provide an informal assurance that the witness will not be prosecuted in connection with any testimony given by him or her; or

(e) To recommend leniency in sentencing or a downward reduction from federal sentencing guidelines for any crime or crimes for which he or she is convicted; or

(f) To recommend a particular sentence for any crime or crimes for which he or she is convicted; or

(g) To provide favorable treatment or consideration, in any form, to the witness or to friends or relatives of the witness in return for the witness' cooperation and testimony; or

(h) To make a recommendation to the Federal Bureau of Prisons or the South Carolina Department of Corrections regarding the classification or other favorable treatment for such witness; or

(i) To pay any money, waive any fines or debts, pay any expenses or provide anything of value to the witness for any past, present, or future assistance; or

(j) To knowingly allow such witness to earn any income through legitimate employment and enterprise and/or unlawful employment or enterprise during such times as the witness was acting as an agent for any federal, state or local law enforcement agency including the Department of Justice or any division thereof.

This Motion is made to specifically apply to any witnesses, unindicted coconspirators, confidential informants and sources of information named and referred to in the above-captioned case.

Said request is continuing in nature and applies to any subsequently added witnesses, accomplices, informants or co-conspirators.

Respectfully submitted,

WILLIAMS & WALSH, LLC
652 Rutledge Ave., Unit B
Charleston, SC 29403
Tel: 843-722-0157
Fax: 843-762-2198
abigail@williamsandwalshlaw.com

*s/Abigail B. Walsh*
Abigail B. Walsh (Fed. ID #09528)
***Attorney for Defendant***

Charleston, South Carolina
March 2, 2022